# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

151075 & (80)(86)(97)

SHANNON BITTERMAN,
      Plaintiff-Appellant,

v

VILLAGE OF OAKLEY,
      Defendant-Appellee.

SC: 151075
COA: 320984
Saginaw CC: 13-019395-CZ

_____/

      On order of the Court, the motions for immediate consideration and to file a reply brief are GRANTED. The application for leave to appeal the January 22, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion to dismiss is DENIED as moot.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



Clerk

s0325